**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**SUNG HEE JOO,**
**and other similarly situated individuals,**

                                                      **CASE NO.:**

    **Plaintiff,**

**v.**

**UNIVERSITY OF MIAMI,**
**a Florida Not for Profit Corporation,**

    **Defendant.**
_____/

**DEFENDANT'S NOTICE OF REMOVAL**

      Defendant, University of Miami (the "University"), by and through undersigned counsel and pursuant to 28 U.S.C. §§ 1441 and 1446, hereby files this Notice of Removal of the above-captioned case from the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, in which it is now pending, to the United States District Court for the Southern District of Florida. In support hereof, the University states as follows:

      1.     Plaintiff, Sung Hee Joo, commenced the above-styled action by filing a Complaint against the University in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Case No. 2018-029390-CA (02), on or about August 28, 2018. Plaintiff's Complaint alleges a single claim under the Equal Pay Act of 1963, 29 U.S.C. § 206.

      2.     This Court has original jurisdiction over Plaintiff's Equal Pay Act claim pursuant to 28 U.S.C. § 1331, which provides that "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws or treaties of the United States."

      3.     The University properly may remove this claim to this Court pursuant to 28 U.S.C. § 1441(a), which provides that "any civil action brought in a State court of which the district courts

of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

4. Pursuant to 28 U.S.C. § 1446(a), this Notice of Removal has been signed by counsel for the University pursuant to Fed. R. Civ. P. 11.

5. Pursuant to 28 U.S.C. § 1446(a), this Notice of Removal contains "a short and plain statement of the grounds for removal, together with a copy of all process, pleadings, and orders served upon" the University in this action, which are attached hereto as Exhibit A.

6. The University was served with the Summons and Complaint in this action on September 11, 2018. This Notice of Removal is being filed less than thirty (30) days after the University was served with the Summons and Complaint. Therefore, it is timely pursuant to 28 U.S.C. § 1446(b).

7. Pursuant to 28 U.S.C. § 1446(d), a true and correct copy of this Notice of Removal will be served on counsel for Plaintiff and will be filed with the Clerk of the Circuit Court of the Eleventh Judicial Circuit of Florida.

    Respectfully submitted,

    **ISICOFF RAGATZ**
    601 Brickell Key Drive, Suite 750
    Miami, Florida 33131
    Tel.: (305) 373-3232
    Fax: (305) 373-3233

    By: /s/Teresa Ragatz
        Eric D. Isicoff
        Florida Bar No. 372201
        Isicoff@irlaw.com
        Teresa Ragatz
        Florida Bar No. 545170
        Ragatz@irlaw.com

## **CERTIFICATE OF SERVICE**

I **HEREBY CERTIFY** that a true and correct copy of the foregoing was served via e-mail and/or CM/ECF this 21st day of September, 2018, upon the following:

Anthony M. Georges-Pierre, Esq.
Max L. Horowitz, Esq.
Remer & Georges-Pierre, PLLC
44 West Flagler Street, Suite 2200
Miami, Florida 33130
Tel: (305) 416-5000
Fax: (305) 416-5005
agp@rgpattorneys.com
mhorowitz@rgpattorneys.com

          By: /s/Teresa Ragatz
             Teresa Ragatz